UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CHRISTY BAUDE,** § § § **Civil Action No.** 4:17-cv-00385-O § Plaintiff, § § **v.** § § **NAVIENT SOLUTIONS,** § § Defendant. § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: January 30, 2018        BY: /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Facsimile: (877) 788-2864
                                Email: aginsburg@creditlaw.com
                                Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Adam C. Ragan, Esq.
Hunton & Williams LLP
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas TX 75202
Email: aragan@hunton.com

Dated: January 30, 2018

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff