UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY BAUDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:17-CV-00385-O |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between counsel for Plaintiff Christy Baude ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL") that the above-entitled action is hereby dismissed against NSL with prejudice, and without attorneys' fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

March 22, 2018                           Respectfully Submitted,


/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com


**ATTORNEYS FOR PLAINTIFFS**

/s/ Adam C. Ragan
Adam C. Ragan
*State Bar No. 24079172*
**Hunton & Williams LLP**
1445 Ross Ave., Suite 3700
Dallas, Texas 75202
214-468-3577
214-979-3959 (fax)
aragan@hunton.com


**ATTORNEYS FOR DEFENDANT
NAVIENT SOLUTIONS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2018, the foregoing document was filed with the Clerk of Court via CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


*/s/ Adam C. Ragan*
Adam C. Ragan